THE PEOPLE OF THE STATE OF NEW YORK ex rel. LILLIE M. HOLT, Appellant, *v.* LILLIAN LAMBERT et al., Respondents.

(Submitted April 28, 1933; decided May 23, 1933.)

*Nathaniel Ellenbogen* and *Hyman J. Eisenberg* for appellant.

*Dicran Simsarian,* in person, for Dicran Simsarian and Lillian Lambert, respondents.

*Rudolph Stand, Henry Salitan,* in person, and *Gerald G. Schwartz,* for Henry Salitan, respondent.

no opinion.   (See 262 N. Y. 561.)

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN and CROUCH, JJ.   Not sitting: HUBBS, J.